UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>        Plaintiff,<br><br>    v.<br><br>TERESA RAMIREZ,<br><br>        Defendant. | Case No. 14-cv-04895-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

On April 28, 2015, the Court ordered Plaintiff to show cause and explain why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

On May 12, 2015, Plaintiff filed a timely response to the order to show cause stating that there was an e-filing error, and confirmed that Defendant had been served by substitute service on November 23, 2014. (Dkt. No. 10.)

Accordingly, the April 28, 2015 order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: May 14, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge